UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BRANDON ALEXANDER FAVOR,
VEXATIOUS LITIGANT,

Plaintiff,

v.

LOS ANGELES POLICE
DEPARTMENT, *et al.*,

Defendants.

Case No.  1:26-cv-02625-FJS (PC)

ORDER TRANSFERRING CASE TO THE
CENTRAL DISTRICT OF CALIFORNIA

Plaintiff Brandon Alexander Favor ("Plaintiff"), a state prisoner proceeding *pro se*, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (ECF Nos. 1, 2.)

The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action."  28 U.S.C. § 1391(b).

1

In this case, the claims arose in Los Angeles County, which is in the Central District of California.  Therefore, Plaintiff's claims should have been filed in the United States District Court for the Central District of California.  In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district.  *See* 28 U.S.C. § 1406(a); *Ravelo Monegro v. Rosa*, 211 F.3d 509, 512 (9th Cir. 2000).

Accordingly, IT IS HEREBY ORDERED as follows:

1.  This matter is transferred to the United States District Court for the Central District of California; and

2.  This Court has not ruled on Plaintiff's request to proceed *in forma pauperis*.[1]  (ECF No. 2.)

IT IS SO ORDERED.

Dated:   **April 9, 2026**

_____
FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes, without deciding, that Plaintiff has been informed in prior cases that he is subject to the "three strikes" bar pursuant to 28 U.S.C. § 1915(g).  *See, e.g.*, *Favor v. Monae*, Case No. 1:19-cv-00081-LJO-SKO (E.D. Cal.).  It is also noteworthy that Plaintiff has been deemed a vexatious litigant, has filed fifty (50) actions in the Eastern District of California alone, and has filed numerous other actions in the other district courts in this state.  Plaintiff has also filed actions under the surnames "Favor" and "Favor-El."

2